# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/25/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CV NO. 04-00680ACK-LEK

CASE NAME:   Moses K. Moke Vs. Governor Linda Lingle, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Alan C. Kay            REPORTER:

DATE:   1/25/2006              TIME:

COURT ACTION:  EO: State Defendants' Motion to Dismiss Second Amended Complaint with Prejudice set for 1/30/06 continued to 1/31/06 @l0:00 a.m. before Judge Kay.  Plaintiff to participate by Phone.

The Plaintiff and Defendant's Counsel-Clayton Crowell were notified by phone of this continued date.

Submitted by Leslie L. Sai, Courtroom Manager