AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| MOSES K. MOKE | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 04-00680 ACK-LEK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| UNITED STATES OF AMERICA, ET AL. | February 7, 2006<br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint is dismissed pursuant to the "Order Dismissing Federal Defendants With Prejudice and Granting Plaintiff 30-Days to Amend the Amended Complaint Against State Defendants", filed August 16, 2005 and the "Order Dismissing State Defendants", filed February 1, 2006. It is further ordered and adjudged that the Clerk shall close this case.

cc: all counsel of record

| February 7, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |