# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

February 7, 2006

TO ALL COUNSEL

    Re:   CV 04-00680 ACK-LEK
            MOSES K. MOKE vs. UNITED STATES OF AMERICA, ET AL.

Dear Counsel,

    Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on February 7, 2006.

                            Sincerely Yours,

                            SUE BEITIA, CLERK

                            by: _____
                                Deputy Clerk

cc: all counsel