ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 28 2006

at 11 o'clock and 06 min. A M
SUE BEITIA, CLERK

MOSES K. MOKE
21 Pohai Street
Hilo, Hawaii 96720

In Personam

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MOSES K. MOKE, | ) | CIVIL NO. 04-00680 ACK-LEK |
| | ) | |
| Plaintiff | ) | NOTICE OF APPEAL; |
| | ) | EXHIBIT "A" "B"; |
| vs. | ) | STATEMENT OF APPEAL; |
| | ) | CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | ) | |
| GEORGE W. BUSH, in his official | ) | |
| capacity as the President of the | ) | |
| United States of America, STATE | ) | |
| OF HAWAII, LINDA LINGLE, In | ) | |
| Her official capacity as Governor of | ) | |
| The State of Hawaii, | ) | |
| | ) | |
| Defendants | ) | |

## NOTICE OF APPEAL

NOTICE is hereby given that MOSES K. MOKE, in the above named case Civil No. 04-00680 ACK-LEK hereby appeals to the United States Court of Appeals for the Ninth Circuit, from United States District Court for the District of Hawaii, by Judge Alan C. Kay, Sr., entered an ORDER DISMISSING Defendants, United States of America, George W. Bush President of the United States on April 19, 2005 (Exhibit "A"), and State

1

Defendants, State of Hawaii, Linda Lingle Governor of the State of Hawaii on February 1, 2006. (Exhibit "B ")

DATED:   HILO, HAWAII      February 27, 2006

*/s/ Moses K. Moke*
MOSES K. MOKE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MOSES K. MOKE, | ) | CIVIL NO. 04-00680 ACK-LEK |
| | ) | |
| Plaintiff | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| GEORGE W. BUSH, in his official | ) | |
| capacity as the President of the | ) | |
| United States of America, STATE | ) | |
| OF HAWAII, LINDA LINGLE, In | ) | |
| Her official capacity as Governor of | ) | |
| The State of Hawaii, | ) | |
| | ) | |
| Defendants | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 27, 2006, a copy of the foregoing

document was served on the following parties by depositing the same in the

United States Mail, first-class, prepaid postage.

TO:  Mark J. Bennett, Attorney General
     STATE OF HAWAII
     Clayton Lee Crowell, Deputy Attorney General
     465 South King Street, Room B-2
     Honolulu, Hawaii 96813
     ttorneys for State Defendants, Gov. Lingle

   Edward H. Kubo, Jr., U.S. Attorney
   300 Ala Moana Blvd.
   Honolulu, Hawaii  96850

Attorneys for Defendant, U.S. of America

DATED:   HILO, HAWAII     February 27, 2006

_____
MOSES K. MOKE