IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOSES K. MOKE, | CIVIL NO. 04-00680 ACK-LEK |
| Plaintiff | STATEMENT OF APPEAL |
| vs. | |
| UNITED STATES OF AMERICA, GEORGE W. BUSH, in his official capacity as the President of the United States of America, STATE OF HAWAII, LINDA LINGLE, In Her official capacity as Governor of The State of Hawaii, | |
| Defendants | |

## STATEMENT OF APPEAL

This Court of Appeals Jurisdiction in these matters as provided by 28 USC Section1291, lies in the United States District Court for the District of Hawaii for the following reasons;

Judge Alan C. Kay, Sr., Orders failed to address the heart of Plaintiff's complaint, is whether State Legislation Act 207, (1963) amended Hawaiian Homes Commission Act, 1920, Section 202, pursuant to Hawaii Constitution, Article XII, Sec. 1, 2, and 3 compact with the United States, and thus, United States consented to ACT 207 (100 Stat 3143), which establishes race-based government operation, is "Repeal of Inconsistent

Unconstitutional Legislation" pursuant to an act of Congress (Public No.34-67[th] Congress [S.1881], Chapter 42, Titles 1, 2, 3 and 4, and;

Judge Kay failed to address State defendants' to provide government benefits, services and entitlements, based solely upon their race and to the exclusion of the State of Hawaii, citizens who are not a member of the preferred race, violation of their equal Protection clause of the United States Constitution, and Plaintiff, not limiting First, Fifth and Fourteenth Amendment of the United States Constitution, relief under 42, U.S.C. Sec.1983.

Therefore, in this litigation Judge Kay's discussion and order are in controversy, an issue in the appeal, Plaintiff requests, on appeal, to vacate or remand for consideration of Act 207, are "Repealed of Inconsistent, Unconstitutional Legislation."

DATED:   HILO, HAWAII      February 27, 2006

*/s/ Moses K. Moke*
MOSES K. MOKE