

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

### DOCKET FEE PAYMENT NOTIFICATION FORM

I.    **SHORT CASE TITLE:**    MOKE vs. U.S.A., et al.,

      **U.S. COURT OF APPEALS DOCKET NUMBER**: _6-15462_

      **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

      **U.S. DISTRICT COURT DOCKET NUMBER:** CV 04-00680ACK-LEK

II    **DATE NOTICE OF APPEAL FILED:**    02/28/06

**RECEIVED**
CLERK U.S. DISTRICT COURT
MAR 2 3 2006
DISTRICT OF HAWAII

III    **U.S. COURT OF APPEALS PAYMENT STATUS:**

      **DOCKET FEE PAID ON:** 02/28/06          **AMOUNT:**   $255.00

      **NOT PAID YET:**                    **BILLED:**

      **U.S. GOVERNMENT APPEAL:**        **FEE WAIVED**:

      **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

      **IF YES, SHOW DATE:**          **& ATTACH COPY OF ORDER/CJA**

      **WAS F.P. STATUS REVOKED:**        **DATE:**

      **WAS F.P. STATUS LIMITED IN SOME FASHION?**

      **IF YES, EXPLAIN:**

IV    **COMPANION CASES, IF ANY:**

V.    **COMPLETED IN THE U.S. DISTRICT COURT BY**:

      Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction
    of the U.S. Court of Appeals Docket Fee.)