August 7, 2008

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 355-7820

**RECEIVED**
CLERK U.S. DISTRICT COURT
AUG 19 2008
2:45 p-
DISTRICT OF HAWAII

District Court/Agency: **USDC Hawaii (Honolulu)**
Lower Court Number: CV-04-00680-ACK
Appeal Number: 06-15462
Short Title: Moke v. USA

Volumes
Clerk's Records in:    2  ok 4            0   Certified Copy(ies)
Reporters Transcripts in:   0

Bulky Documents in:   0   **Envelopes**   0   **Expandos**   0   **Folders**   0   **Boxes**
                      0   **Other**

State Lodged Docs in: 0   **Envelopes**   0   **Expandos**   0   **Folders**   0   **Boxes**
                      0   **Other**

Other:

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.